**IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**UNITED STATES OF AMERICA**

v.                                          **CRIMINAL NO. 3:24-cr-51-DMB-RP-11**

**MARVIN HILLIARD**

## ORDER SUBSTITUTING COUNSEL

The Office of the Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest. The Office of the Federal Public Defender contacted **Kelsey Dismukes, Esq.** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Kelsey Dismukes, Esq.** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Kelsey Dismukes, Esq.** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 24th day of June, 2024.

                                               /s/ Jane M. Virden
                                            UNITED STATES MAGISTRATE JUDGE